**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

JAMES R. GORE, an individual,

        Plaintiff,

    vs.

U.S. BANK TRUST, N.A., a foreign corporation, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust; MTC FINANCIAL INC., a Washington corporation; SELENE FINANCE LP, a foreign limited partnership,

        Defendants.

No. 2:25-cv-02518-RSL

**ORDER GRANTING
STIPULATED MOTION**

THIS CAUSE, having come before the Court on the stipulated motion requesting to postpone until May 14, 2026, the April 16, 2026, deadline for Plaintiff to submit briefing in support of Plaintiff's putative Motion for Preliminary Injunction and to postpone the April 16, 2026, deadline to file joinder of parties, until May 14, 2026, and the Court having considered the stipulated motion and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that the stipulated motion is **GRANTED.** The new deadline for Plaintiff to submit his brief in support of his putative request for a preliminary injunction is now noon on May 14, 2026, and the deadline for the parties to move to join parties (or add them as of right) is extended through May 14, 2026. The parties' counsel are hereby **ORDERED** to submit a joint status report to the Court no later than May 14, 2026.

ORDER

KABAT CHAPMAN & OZMER, LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel: (404) 400-7300

DATED this 15th day of April, 2026.

_MMt S Casnik_
UNITED STATES DISTRICT JUDGE

Presented By:


_/s/ Aaron A. Wagner_
Aaron A. Wagner, WSBA #51905
awagner@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel: (404) 400-7300
Facsimile: (404) 400-7333

*Attorneys for Defendants,*
*Selene Finance LP and U.S. Bank*
*Trust National Association Not in Its*
*Individual Capacity But Solely As*
*Owner Trustee For RCAF Acquisition*
*Trust*

ORDER