IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES R. GORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK TRUST, N.A., a foreign corporation, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust; MTC FINANCIAL INC., a Washington corporation; SELENE FINANCE LP, a foreign limited partnership,<br><br>Defendants. | No. 2:25-cv-02518-RSL<br><br>ORDER GRANTING STIPULATED MOTION REGARDING BRIEFING ON PUTATIVE MOTION FOR PRELIMINARY INJUNCTION, POSTPONING DEADLINE TO JOIN PARTIES, AND MEDIATION PURSUANT TO LOCAL RULE 39.1 WITH STATUS REPORT |

THIS CAUSE, having come before the Court on the stipulated motion requesting to postpone until December 16, 2026, the November 14, 2026, deadline for Plaintiff to submit briefing in support of Plaintiff's putative Motion for Preliminary Injunction and to postpone the November 14, 2026, deadline to file joinder of parties, until December 16, 2026, and the Court having considered the stipulated motion and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that the stipulated motion is **GRANTED.** The new deadline for Plaintiff to submit his brief in support of his putative request for a preliminary injunction is now Noon Pacific time on **December 16, 2026**, and the deadline for the parties to



**Wagner, Ludowig & Wright, LLP**
811 SW 6th Avenue, Suite 1000
Portland, OR 97204
(360) 481-5107

move to join parties (or add them as of right) is extended through Noon Pacific **December 16, 2026**. The parties' counsel shall continue to **MEDIATE** this case, as stipulated in the Motion, and are hereby **ORDERED** to submit a joint status report to the Court no later than **December 9, 2026**.

DATED this 6th day of November, 2026.

UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ Aaron A. Wagner*
Aaron A. Wagner, WSBA #51905
Wagner, Ludowig & Wright, LLP
811 SW 6th Avenue, Suite 1000
Portland, OR 97204
Telephone: (360) 481-5107
Email: AWagner@wlwlaw.com

*Attorneys for Defendants,*
*Selene Finance LP and U.S. Bank*
*Trust National Association Not in Its*
*Individual Capacity But Solely As*
*Owner Trustee For RCAF*
*Acquisition Trust*